**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DENNIA MARGARET JOHNSON, | ) | NO. EDCV 10-716-DOC (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: July 6, 2010.

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE